# Court of Appeals
# of the State of Georgia

ATLANTA, August 12, 2022

*The Court of Appeals hereby passes the following order*

**A22A1748. SYNAPSE SERVICE, LLC v. CHRISTOPHER P. HOPKINS.**

Upon consideration of the APPELLANT'S motion FOR PERMISSION TO WITHDRAW THE APPEAL in the above styled case, it is ordered that the motion be hereby GRANTED, and jurisdiction is released back to the trial court upon receipt of this order.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, August 12, 2022.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*